**Exhibit A to the Complaint**

**Location:** Long Branch, NJ  
**Total Works Infringed:** 24  
**IP Address:** 69.142.247.244  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8A59D3990864D52D6A73192AB624D1342FE93D91<br>File Hash:<br>945F49AF48164B4D713952129D915C10C3A70C195EEF74207C59B5C3DF848B80 | 12-18-2023 19:53:33 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 2 | Info Hash: 3B8A771DF5BF0FCB9BECD08BA0CF5DCA8D8DDB9E<br>File Hash:<br>742C7BE58542C44BD728B758BFD1BC3D8431671FB4E56CF5D3E43A3E7EE367A4 | 12-18-2023 19:51:19 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 3 | Info Hash: CF8DF5CB0070B460C39D45CF04556DB3B69101A8<br>File Hash:<br>E82B61557F8BFC01FC1B59874BC69D0F3B5D292DDB568117870333AEA049FB68 | 12-18-2023 19:47:01 | Tushy | 11-19-2023 | 12-12-2023 | PA0002445179 |
| 4 | Info Hash: D2DBD66DA834770AF5847545F3B52C3B0894DF8B<br>File Hash:<br>8CADC39E3B425E99968824C7EF11AAB1FD620F58E185FF21DC23B5507936F156 | 12-17-2023 02:21:51 | Blacked Raw | 12-04-2023 | 12-12-2023 | PA0002445181 |
| 5 | Info Hash: 987CE704B17DDA56029F4500D42EB300BCD6C278<br>File Hash:<br>AB221221568D81207965F390A908D3AD731FF4BFC23389AA4B28CBEE62F128F3 | 11-25-2023 03:31:00 | Vixen | 11-24-2023 | 12-13-2023 | PA0002445431 |
| 6 | Info Hash: ADBDD4B80C98F457AB581BD7DDB5D7B1BF06DA70<br>File Hash:<br>5B70C978B3E40CE8BB4C47C4CF008AEEC5B80D0687F6BE5B5B471F9662D3EDB8 | 11-19-2023 02:10:21 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 7 | Info Hash: DE7467F29BAF854A425224D98A3B3DB9698496F1<br>File Hash:<br>8BBDA982A622BB7F7955266CBC9BDCD5178CFABB579F0BB6539722967D70164D | 11-02-2023 19:30:24 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 8 | Info Hash: F9935F384B00F0858932B3B97C3FFCF40B81944C<br>File Hash:<br>03E099C5A29E92F85D233901C2846B043A81BDB6A7C06CBDF49D1634E3EAFBD1 | 10-31-2023 17:04:43 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 9 | Info Hash: 92E3EB374D39823EA5111039E5AF506A2504EBF5<br>File Hash:<br>4522E76AEB37A4F9ED3C3675712E6F3CE29BFCF83CE1231A01DD902FEC4F360B | 10-23-2023 03:10:15 | Tushy | 10-22-2023 | 12-05-2023 | PA0002443588 |
| 10 | Info Hash: 4247C355352BF4C77E00A7540D7DB6E42A05A9EA<br>File Hash:<br>515A1ABF3B24B47257E6F5E1D9E3332BBFD34F3B0C2EB92E391F9DA113F42ABB | 10-21-2023 19:05:40 | Vixen | 10-20-2023 | 12-05-2023 | PA0002443587 |
| 11 | Info Hash: B5103918566B1B618F091D96E3668A465F367E40<br>File Hash:<br>F19541BFF079A0A86C58CF9BD7D79E11F704B3A39D069A61E0C4780076FBCE54 | 10-19-2023 16:42:58 | Tushy | 10-15-2023 | 11-13-2023 | PA0002439634 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BEAF112C0008D34D0B9697EEF948BCC999171AD4<br>File Hash: 21DD0485657389D0168D2F9A4BB519EDCC33F34B5D7CDCC3E80370BED218A2C3 | 10-11-2023 16:14:16 | Vixen | 08-25-2023 | 09-18-2023 | PA0002431081 |
| 13 | Info Hash: 842EE66BE0860FC2533B4FD797D1F9B878D857CB<br>File Hash: 475031CEB4AAB7A6170B61901A65A7FA37333E5B13B3A46CCD6A48F479BFD7BF | 10-06-2023 21:45:13 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 14 | Info Hash: 5AEF7111251DB79273B9995FFF600128BC49BEE0<br>File Hash: F5BC9977E364E64D55C709941E57B6D2179650B66F68837513FFA2C30E307468 | 10-06-2023 00:14:10 | Tushy | 10-01-2023 | 10-18-2023 | PA0002435349 |
| 15 | Info Hash: 9B3AF75B07B2C79E954E905B1194C9D212B8FCFA<br>File Hash: F73FCDA1165E970AE9A222A83DC1FDC7077D408B7B89B460C05E3700E968CB59 | 09-24-2023 21:57:17 | Vixen | 06-28-2017 | 07-07-2017 | PA0002070828 |
| 16 | Info Hash: 63300141A85C7AFA3CC8CF0B4003F2BEC5C9D4E7<br>File Hash: DA4F736C58A0FCB8657FC72BD4533D3D32567033A1238DC77DB83333CB82225B | 09-19-2023 20:00:54 | Tushy | 09-17-2023 | 10-18-2023 | PA0002435347 |
| 17 | Info Hash: 18D3CB0D5DEB6CC747C5CE23D85126ECF6EFF505<br>File Hash: 59418749F660DC25DB52F4742F0289E5DF89852674A914E9DC4F1F28CBCF6F04 | 09-14-2023 22:39:08 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 18 | Info Hash: D568E0550C7308608DFDAD239B1B88C1C5B251C4<br>File Hash: B99EFD89D0567EC46757E42C84975E0735EC16C52528FD91805D86F9AC23CAB6 | 09-05-2023 15:11:05 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |
| 19 | Info Hash: 5DD366B0C00CDB1E7AF92D8A99C22F0C15365099<br>File Hash: D636606A8C59534B0E1209194404B32F95C1D7F6BD6ACB4FC4B452BE71856CE1 | 09-03-2023 15:10:25 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 20 | Info Hash: 0DF1373C93DA975A7D024971056E529803819C53<br>File Hash: A204ECBEE695809D1D1B97C23F091C60C801355D79D0FE46F3FD18ACE9B9527F | 08-24-2023 21:48:15 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 21 | Info Hash: FD386714F7B0E33A258BEF61460EB59446FF5BED<br>File Hash: 0AA4DA4A97034D830FC1C9DB5E391775ACFCDD9C93C154A3D27C51C2C8BCBDF1 | 08-14-2023 20:14:33 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 22 | Info Hash: 338166CC4FA9318B2D8CE2FC1AB38541746B0EBF<br>File Hash: 639434358ABEE32D69841FFA42B63972A8C213E0B8F4E2B946CB4B1D0551D95C | 08-10-2023 00:41:29 | Vixen | 06-09-2023 | 08-22-2023 | PA0002431036 |
| 23 | Info Hash: 4DF127476233FF85439FF6A98AA3CF00B95B9F6A<br>File Hash: E1DE904DF6EBAAF55B8FDA7EDEA1F80FF5CC7119788AB16F1DCF31FA379347C2 | 08-04-2023 21:30:06 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 67DB501791A10A08A69FBB3B3F5CAD9A39994FA1<br>File Hash:<br>4515F8C63E0AD1A8595F3E7D1277E5A8F961E180E0131F03B67A7FCCB39F1EB6 | 07-03-2023 02:35:28 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |