**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:  John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 69.142.247.244,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-23380-RK-JBD<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on a Motion for an extension (or clarification) of time within which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m); it appearing that Defendant John Doe subscriber assigned IP address 69.142.247.244 ("Defendant") has not yet been served in this matter; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this 23rd day of April, 2024,

**ORDERED** that Plaintiff's motion [ECF No. 11] is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's time to effectuate service of process on Defendant is extended to June 19, 2024.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE